SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson                              ) Case No. **2:12-cv-02275-JAM-KJN**
                                              )
            Plaintiff,                        ) **ORDER RE: REQUEST FOR**
                                              ) **CONTINUANCE OF DATE TO FILE**
       vs.                                    ) **JOINT STATUS CONFERENCE**
                                              ) **STATEMENT**
Hassanali Dhanani, et al                      )
                                              )
            Defendants                        )
                                              )
_____        )

**ORDER**

     IT IS HEREBY ORDERED THAT the parties shall have the

filing date of the Joint Status Conference statement

continued to January 22, 2013.

Date:  12/21/2012

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS

CONFERENCE STATEMENT

CIV: S-12-cv-02275-JAM-KJN - 1